IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID RYNIEC, an individual, and<br>TIMOTHY RYNIEC, an individual,<br><br>      Plaintiffs,<br><br>Vs.<br><br>GURPREET S. POONI, in his professional<br>and personal capacity, and WHEEL KING<br>TRANS HAUL, INC., a foreign corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:19-CV-00399<br>)<br>) Magistrate Judge Jeffrey Cummings<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Plaintiffs, by their attorney, Thomas G. Oddo, and Defendants, by their attorney, Geoffrey Belzer, hereby provide a Joint Status Report to the Court pursuant to this Court's Order of March 15, 2021.

1. The parties have settled all claims and entered into a Settlement Agreement. In addition, Plaintiffs received the settlement payment from Defendants.

2. Plaintiffs' counsel is in the process of negotiating liens asserted against his respective clients' claims.

3. If Plaintiffs' counsel is able to resolve all lines without Court intervention, the parties will submit a dismissal order.

4. Plaintiffs request a future status report date of June 30, 2021.

                                          Respectfully submitted,

                                          DAVID RYNIEC and TIMOTHY RYNIEC,
                                          Plaintiffs,

                                          By: _/s/ Thomas G. Oddo_____
                                               One of Their Attorneys

                                                  Respectfully submitted,

                                                  GURPREET S. POONI and WHEEL KING TRANS HAUL, INC., Defendants,

                                                  By: */s/ Geoffrey A. Belzer*

Thomas G. Oddo – ARDC 6205239
LILLIG & THORSNESS, LTD.
1900 Spring Road, Suite 200
Oak Brook, Illinois 60523
T. (630) 571-1900; F. (630) 571-1042
toddo@lilliglaw.com

Geoffrey A. Belzer
Christen J. McGlynn
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800 Chicago, Illinois 60603-5016
312.704.0550 main | 312.821.6116 direct
geoffrey.belzer@wilsonelser.com
christen.mcglynn@wilsonelser.com