## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David Ryniec, et al.
                         Plaintiff,

v.                                                       Case No.: 1:19–cv–00399
                                                                    Honorable Steven C. Seeger

Gurpreet Pooni, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report (Dckt. No. [55]), which revealed that the parties have reached a settlement and have entered into a settlement agreement. Plaintiffs received payment. Plaintiffs' counsel is negotiating liens against his clients' claims. That issue presumably is between Plaintiffs' counsel and Plaintiffs, not between Plaintiffs and Defendants. Plaintiffs and Defendants have settled. The case is closed. Civil case terminated. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.